Barnard N. Madsen (Utah Bar No. 4626)
Matthew R. Howell (Utah Bar No. 6571)
FILLMORE SPENCER, LLC
Attorneys for Defendant
3301 N. University Avenue
Provo, Utah  84604
Tel:  (801) 426-8200
Fax: (801) 426-8208
E-mail:  bmadsen@fslaw.com
         mhowell@fslw.com

Maurice O. Ellsworth (Idaho Bar No.1842)
Perry Law, PC
2627 W. Idaho St.
PO Box 637
Boise, Idaho 87301
Tel:  (208) 338-1001
Fax:  (208) 338-8400
E-mail:  moe@perrylawpc.com

Attorneys for Defendants Rimports, LLC and Jeffery W. Palmer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCENTSY, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE MANUFACTURING, INC., a Georgia corporation; RIMPORTS (USA), LLC, a Utah limited liability company; JEFFERY W. PALMER, an individual; and MIKE DUFF, an individual,<br><br>Defendants. | Case No. 1:08-cv-00553-EJL<br><br>**THE RIMPORTS DEFENDANTS' MOTION FOR MODIFICATION OF PRELIMINARY INJUNCTION (DKT 56)**<br><br>(Special Appearance) |

In the alternative to their Motion for Reconsideration, filed simultaneously herewith, Defendants Rimports (USA), LLC ("Rimports") and Jeffrey W. Palmer ("Palmer") (collectively, the "Rimports Defendants"), by special appearance of their undersigned counsel, respectfully

1

request this Court to modify the preliminary injunction entered on 9 February 2009 (the "Preliminary Injunction"). Specifically, the Rimports Defendants request the Court to make all or some of the following modifications to the Preliminary Injunction:

1. Allow the Rimports Defendants to sell non-infringing warmers anywhere in the world.

2. Allow Rimports to sell any of its products in any market in the world where Scentsy does not sell its products.

3. Allow Rimports to sell its warmers and waxes in any market in the world as long as the products have an approved disclaimer attached to their packaging.

4. Require Scentsy to post an additional bond in the amount of $3,950,000, for a total of $4,000,000.

This motion is based upon substantial changes in circumstances that have occurred since the Preliminary Injunction was entered.

This motion is supported by an accompanying legal memorandum. For the reasons stated therein, the Court should vacate its prior order, enter a new order setting forth findings of fact and conclusions of law, and deny Scentsy's motion for a preliminary injunction.

Additionally, as outlined above, and as detailed in Palmer IV, rather than preserving the status quo, for every day that passes, the current preliminary injunction is putting Defendant Rimports (USA), LLC in very real jeopardy of going out of business. See Palmer IV, ¶¶ 4, 7-9. Counsel for the Rimports Defendants have therefore sought a stipulation from Plaintiff Scentsy, Inc. that Scentsy's opposition brief would be due on 25 February 2008, and that the Rimports Defendants' reply would then be due 2 March 2008. Counsel for Scentsy, however, refused to so stipulate.

Therefore, pursuant to Local Rule 6.1, the Rimports Defendants respectfully request that the Court order an expedited briefing schedule in this matter, namely, that Scentsy's opposition brief be due 25 February 2008, and that Rimports' reply be due 2 March 2008.  The Rimports Defendants are submitting a proposed order for the Court's convenience.

The Rimports Defendants likewise respectfully request expedited disposition by the Court of their motions.

DATED this 18th day of February, 2009.

                                            FILLMORE SPENCER LLC

                                            _/s/ Matthew R. Howell_____
                                            Barnard N. Madsen
                                            Matthew R. Howell
                                            Attorneys for Attorneys for Defendants Rimports (USA), LLC and Jeffery W. Palmer

## CERTIFICATE OF SERVICE

I certify that on the 18th day of February, 2009, I caused a true and correct copy of the foregoing **THE RIMPORTS DEFENDANTS' MOTION FOR MODIFICATION OF PRELIMINARY INJUNCTION (DKT 56)** to be sent the court's electronic filing system to the parties who have appeared in this case.

Dean B Arnold, Attorney for Plaintiff
darnold@perkinscoie.com

Shelly H Cozakos, Attorney for Plaintiff
Scozakos@perkinscoie.com

Albert L. Schmeiser
Attorney for Defendants Performance Manufacturing, Inc. and Mike Duff
achmeiser@iplawusa.com

Cynthia D. Beck
Attorney for Defendants Performance Manufacturing, Inc. and Mike Duff
cbeck@iplawusa.com

Dana Herberholz
Attorney for Defendants Performance Manufacturing, Inc. and Mike Duff
herberholz@zarianmidgley.com

John N Zarian
Attorney for Defendants Performance Manufacturing, Inc. and Mike Duff
zarian@zarianmidgley.com


/s/ Matthew R. Howell_____